# RUTH M. LIEBESMAN
Attorney-at-Law

| | |
|---|---|
| 36 Farview Terrace | 30 Wall Street, 8th Floor |
| Paramus, New Jersey 07652 | New York, NY 10005 |
| 201-617-7000 | 212-804-5740 |
| 201-617-7710 (facsimile) | Admitted in NY, NJ & MA |
| ruthliebesman@aol.com | www.RuthLiebesman.com |

VIA ECF

December 4, 2015

The Honorable Renee M. Bumb
United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    *Jong Shin v. United States*,
               Civ. No. 15-7248 (RMB)

Dear Judge Bumb:

    As the Court is aware, I am counsel for Petitioner Jong Shin. I am in receipt of the Government's letter to the Court of even date, requesting a 60 day extension of time for filing the Government's response to Petitioner's Petition for Writ of Habeas Corpus.

    I appreciate that the Government set forth that it hopes its request does not cause inconvenience for the Court or the Petitioner. This is to apprise the Court and the Government that I have no objection to the Government's request.

    Thank you.

                                          Very truly yours,

                                          /s/ *Ruth M. Liebesman*
                                          Ruth M. Liebesman