```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

_____
                                   :
JONG SHIN,                         :
                                   :    Civil Action No. 15-7248(RMB)
            Petitioner,            :
                                   :
        v.                         :    **ORDER**
                                   :
UNITED STATES OF AMERICA,          :
                                   :
            Respondent.            :
_____:

**BUMB**, District Judge:

   This matter is before the Court upon Respondent's letter request (ECF No. 7) to extend the time, until March 31, 2016, in which to answer Petitioner's motion under 28 U.S.C. § 2255. Counsel for Petitioner consented to the request. (<u>Id.</u>) For good cause shown,

   IT IS THEREFORE on this **2nd** day of **February 2016**,

   **ORDERED** that Respondent's letter request (ECF No. 7) is GRANTED; and the Government shall file a full and complete answer to Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by March 31, 2016; and it is further

2

**ORDERED** that Petitioner may file and serve a reply in support of the motion with 30 days after the answer is filed.

s/Renée Marie Bumb  
**Renée Marie Bumb**  
**United States District Judge**