TRULINCS 61174050 - SHIN, JONG - Unit: BRO-E-A

--------------------------------------------------------------------------------------------------------

FROM: 61174050
TO: Kim, Sung; Lee, Sonja; Liebesman, Ruth; Marchese, Theresa; Parent, Dawn; Subrizi, Michael
SUBJECT: Prosecutorial misconduct
DATE: 06/08/2016 11:23:32 PM



June 8, 2016
Judge Renee M. Bumb
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
4th and Cooper Street
Camden, New Jersey 08101

JUN 14 2016

I, Jong Shin Cr # 10-208(RMB), the reason I am writing to you is to report to you that two Assistant U S Attorneys, David Walk Jr and Diana Carrig, OFFICE OF THE U.S. ATTORNEY DISTRICT COURT NEW JERSEY, 401 MARKET STREET 4TH FLOOR, CAMDEN , NJ 08101. violated ABA Model Rule 3.8 and committed fraud on the court at my trial. Most commentators view Rule 3.8 as the starting point for prosecutorial ethics.

It is important to note that one year prior to my illegal trial my six co-conspirators all plead guilty to false charges; Esther Zhu Cr #10-208-02, 1 day in jail, Anna Shea Cr #10-130, 1 day in jail, Tula Rampersaud Cr #10-244, 1 day in jail, Sudesh Rampersaud Cr #10-245, 1 day in jail, Steven Boswell Cr #10-246, 1 day in jail, Michael Oxley Cr #10-541, 3 months in jail. I, Jong Shin Cr #10-208, received 15 1/2 years.

As we know, I was falsely accused of making false statements in loan applications to JP Morgan Chase Bank. Based on the fraudulent and bogus evidence that was admitted to the court by the prosecution. This false evidence affected this Court's decision finding me guilty of a crime I did not commit.

AUSA Carrig committed a fraud on the court consistent with the Supreme Court ruling, under Hazel- Atlas decision requires a deliberately planned and carefully executed a scheme and participated in by attorneys in a federal proceeding to defraud a federal court, with carefully constructed bogus evidence which not only presented to the federal court but which also affected the federal court's decision.

Tr. at 160- 161, Ms. Carrig states that she is introducing the JP Morgan Chase documents. These are fraudulent documents, 321A and 321B. This court admitted 321A and 321B as evidence. In fact, 321A never existed and 321B is fabricated by the prosecution. In an email on 4/4/16 at 11:48 am Diana Carrig wrote to my attorney Ruth M. Liebesman stating that "We do not have an Exhibit 321A on our final Exhibit list or contained within the Government's trial exhibits. In naming our exhibits, we distinguished between first and second mortgages by using A's for first mortgage exhibits and B's for second mortgage exhibits. We used that numbering system in naming 321B- the URLA pertaining to the second mortgage fro 148 South Bellevue."

Clearly, 321A does not exist, as stated by AUSA Carrig's email. 321B is a fraudulent piece of evidence because page four of the application stated interviewer's name, address and employer. There is no information in the corresponding fields. It states that the information was taken over the phone but there is no phone number listed. The employer's information is typed with " C/O Chase Home Finance LLC" without "Member FDIC" logo as banking laws requires. The entire loan application has a header that does not have a company name on each page.

More importantly, Mr.Chong never signed this fraudulent 321B loan application on 8/1/2006. Mr.Chong only signed the Summit Mortgage Bankers(SMB) a non FDIC lender, loan application on 8/1/06. The original SMB loan application is missing in the file. My attorney has requested on multiple times but it was never received to prove lack of authenticity of 321B.

Carrig stated that 321A and B is from JP Morgan Chase which is untrue. According to Darrell Adkins(JPM Chase bank employee) the exhibits 321A and 321B for 148 S. Bellevue ave. were neither requested nor supplied to the US Attorney's office on 8/8/2011. See CERTIFICATION OF JPM CHASE(Fraud investigation Unit)

I am entitled to immediate release on these basis to prevent a complete miscarriage of justice meaning an innocent person is incarcerated unlawfully so wrong and so long.

1. My Superseding Indictment is invalid because it failed to state a violation of a federal crime.(at 10(iii)) ****alleged that Shin and Zhu made false statements in a loan application to SMB, a non FDIC lender under Count 1, 3 and 4.

TRULINCS 61174050 - SHIN, JONG - Unit: BRO-E-A

-------------------------------------------------------------------------------------------------------

2.This court lacked subject matter jurisdiction without JPM Chase bank loan application as statute 18 U.S.C. 1014 constitutionally required and had no authority to try me in the federal court in the first place.

3. The presumption of innocence to whic¿ I was entitled demanded that all factual elements of the government's case to be submitted to the jury was denied. The Jury verdict was partial direction of the verdict because this Court determined an essential fact and I was denied trial by jury.

4. I was found guilty and unlawfully incarcerated without evidence and there was extensive fraudulent evidence, perjury and forgery.

Upon request I can provide all evidence to prove my claims. This Court is mandated to vacate my unlawful conviction and sentence for the interest of justice and public confidence of judicial proceedings.

I, Jong Shin, declare under penalty of perjury that these statements in this complaint are true and correct to the best of my knowledge.

Respectfully Submitted,

Jong Shin #61174-050
MDC- Brooklyn
P O Box 329002
Brooklyn, NY 11232

Jong Shin

June 8, 2016

CC:
US Department of Justice- OPR

—————————Altieri - Direct - Carrig—————————

1   and B, 130, 131A and B, 132A and B, 133E, 133G and 133-6, 420,

2   421B, 422, 423A and B, 425B, 426A and B, 432, 433 and 434 WERE

3   RECEIVED IN EVIDENCE)

4         MS. CARRIG:  Okay.

01:39PM   5   BY MS. CARRIG:

6   Q.   You also testified before that you obtained documents

7   from J.P. Morgan Chase; is that correct?

8   A.   Yes, I did.

9         MS. CARRIG:  Your Honor, it might be helpful at this

01:39PM  10   point just to clarify some things with respect to the

11   indictment and the exhibits.

12   BY MS. CARRIG:

13   Q.   Where the exhibits marked with respect to property?  They

14   go property by property by property?

01:39PM  15   A.   Yes.

16   Q.   Okay.  For example, does the 100 series of exhibits

17   correspond to 136 South Bellevue?

18   A.   Yes.

19   Q.   And so on?  The 200 series, you know, correspond to

01:39PM  20   property by property?

21   A.   Yes.

22         MS. CARRIG:  Okay.  At this time, again pursuant to

23   stipulation, I'd like to move the admission of several J.P.

24   Morgan Chase documents.  There is a list.  So I'll start with

01:39PM  25   150, 151, 152A, 153, 162 and 166.  251A and B.  252, 253A and

161

Altieri - Direct - Carrig

1  B.  259C, 321B, 321A and B, 325A and B, 326A and B.  521, 522,

2  523, 528B, 531A and B.  532A through D.  620, 621B, 622, 623,

3  632.  720, 722, 723, 728 C, 732, 733, 734, 735.

4           THE COURT:  You said 321B twice.  Did you mean to

01:41PM  5  say that?

6           MS. CARRIG:  I said 321B and I also said 321 -- or

7  323 A and B.

8           THE COURT:  323A and B.

9           MS. CARRIG:  Right, 325A and B.

01:41PM  10          THE COURT:  All right.  All those are in evidence

11  pursuant to stipulation.

12  (GOVERNMENT EXHIBITS G-150, 151, 152A, 153, 162 and 166.  251A

13  and B.  252, 253A and B.  259C, 321B, 321A and B, 325A and B,

14  326A and B, 522, 523, 528B, 531A and B.  532A through D.  620,

01:40PM  15  621B, 622, 623, 632.  720, 722, 723, 728 C, 732, 733, 734, 735

16  WERE RECEIVED IN EVIDENCE)

17          MS. CARRIG:  And we have more of the same.

18  BY MS. CARRIG:

19  Q.  Did you also subpoena document from M&T Bank?

01:41PM  20  A.  Yes, I did.

21  Q.  And did you follow the same document procedure that

22  you've already described before with respect to taking those

23  documents, logging them into evidence and then producing them

24  as exhibits?

01:41PM  25  A.  Yes, I did.

GOVERNMENT
EXHIBIT
321 B

## Uniform Residential Loan Applications

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower" as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when [ ] the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or [ ] the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_Dan Sik Chong_ _____
Borrower                          Co-Borrower

| I. TYPE OF MORTGAGE AND TERMS OF LOAN | | | |
|---|---|---|---|
| Mortgage Applied for: | [ ] VA  [X] Conventional  [ ] Other | Agency Case Number | Lender Case Number |
| | [ ] FHA  [ ] USDA/Rural Housing Service | | 062021506230 |
| Amount | Interest Rate | No. of Months | Amortization Type: [ ] Fixed Rate [X] Other (explain): Line of Credit |
| $ 65,250.00 | 9.625 % | 360 | [ ] GPM [ ] ARM (type): |

| II. PROPERTY INFORMATION AND PURPOSE OF LOAN | | |
|---|---|---|
| Subject Property Address (street, city, state, ZIP) | | No. of Units |
| 148 SOUTH BELLEVUE AVENUE, ATLANTIC CITY, NJ 08401-6506 | | 2 |
| Legal Description of Subject Property (attach description if necessary) | | Year Built |
| See Exhibit A, attached hereto and by this reference is made apart hereof. | | 1900 |

| Purpose of Loan | [X] Purchase [ ] Construction [ ] Other (explain): | Property will be: |
|---|---|---|
| | [ ] Refinance [ ] Construction-Permanent | [ ] Primary Residence [ ] Secondary Residence [X] Investment |

Complete this line if construction or construction-permanent

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe improvements [ ] made [ ] to be made |
|---|---|---|---|---|
| 06 | $ | $ | | Cost: $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| AN S CHONG | | [X] Fee Simple |
| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) | | [ ] Leasehold (show expiration date) |

| III. BORROWER INFORMATION | | IV. CO-BORROWER | |
|---|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | | Co-Borrower's Name (include Jr. or Sr. if applicable) | |
| AN S CHONG | | | |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|
| 2871 | -2052 | 1960 | | | | | |

| [ ] Married [X] Unmarried (include single, divorced, widowed) [ ] Separated | Dependents (not listed by Co-Borrower) no. ___ ages ___ | | [ ] Married [ ] Unmarried (include single, divorced, widowed) [ ] Separated | Dependents (not listed by Borrower) no. ___ ages ___ |
|---|---|---|---|---|

| Present Address (street, city, state, ZIP) [ ] Own [X] Rent 2 No. Yrs. | Present Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. |
|---|---|
| 40-34 215 PLACE BAYSIDE, NY 11361 | |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. | Former Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. |
|---|---|

| IV. EMPLOYMENT INFORMATION | | | |
|---|---|---|---|
| Name & Address of Employer [ ] Self Employed | Yrs. on this job | Name & Address of Employer [ ] Self Employed | Yrs. on this job |
| MAX 7 LIC | 2 | | |
| 325 BROAD AVE. SUITE 315 FORT LEE, NJ 7024 | Yrs. employed in this line of work/profession 8 | | Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| SALES MANAGER | (201) 944-2270 | | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer [ ] Self Employed | Dates (from - to) | Name & Address of Employer [ ] Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ 0.00 | | Monthly Income $ 0.00 |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer [ ] Self Employed | Dates (from - to) | Name & Address of Employer [ ] Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ 0.00 | | Monthly Income $ 0.00 |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

MULT1003 (Rev. 01/14/06)                          Page 1 of 5

062021506230

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 15,425.00 | 0.00 | $ 15,425.00 | Rent | 0.00 | |
| Overtime | 0.00 | 0.00 | 0.00 | First Mortgage (P&I) | 0.00 | 2,453.12 |
| Bonuses | | | | Other Financing (P&I) | 0.00 | 0.00 |
| Commissions | 0.00 | 0.00 | 0.00 | Hazard Insurance | 0.00 | 0.00 |
| Dividends/Interest | 0.00 | 0.00 | 0.00 | Real Estate Taxes | 0.00 | 105.00 |
| Net Rental Income | 0.00 | 0.00 | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 15,425.00 | 0.00 | $ 15,425.00 | Total | $ 0.00 | 2,558.12 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income    Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [ ] Jointly [ ] Not Jointly

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Description | | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
| Cash deposit toward purchase held by: | $ | | | |
| | | Name and address of Company | $ Payment/Months | $ |
| **List checking and savings accounts below** | | | | |
| Name and address of Bank, S&L, or Credit Union | | | 0.00 | 0.00 |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | | 0.00 | 0.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | | 0.00 | 0.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | | 0.00 | 0.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | | 0.00 | 0.00 |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ | | 0.00 | 0.00 |
| Face amount: $ | | | | |
| **Subtotal Liquid Assets** | $ | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Acct. no. | | |
| Vested interest in retirement fund | $ | Name and address of Company | $ Payment/Months | $ |
| Net worth of business(es) owned (attach financial statement) | $ | | 0.00 | 0.00 |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ | |
| **Total Assets a.** | $ | **Net Worth (a minus b)** | **Total Liabilities b.** | $ |

Borrower's Signature

X _An Sik Chong_

Date 8/1/06

Co-Borrower's Signature:

Date    MULT1003

062021506230

## VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | | | VIII. DECLARATIONS |
|---|---|---|---|

| | | |
|---|---|---|
| a. | Purchase price | $ 435,000.00 |
| b. | Alterations, improvements, repairs | 0.00 |
| c. | Land (if acquired separately) | 0.00 |
| d. | Refinance (incl. debts to be paid off) | 0.00 |
| e. | Estimated prepaid items | 0.00 |
| f. | Estimated closing costs | 0.00 |
| g. | PMI, MIP, Funding Fee | 0.00 |
| h. | Discount (if Borrower will pay) | 0.00 |
| i. | Total costs (add items a through h) | 435,000.00 |
| j. | Subordinate financing | 0.00 |
| k. | Borrower's closing costs paid by Seller | 0.00 |
| l. | Other Credits (explain) | |
| | Proposed 1st Mortgage | 348,000.00 |
| m. | Loan amount (exclude PMI, MIP, Funding Fee financed) | 65,250.00 |
| n. | PMI, MIP, Funding Fee financed | 0.00 |
| o. | Loan amount (add m & n) | 65,250.00 |
| p. | Cash from/ to Borrower (subtract j, k, l & o from i) | 21,750.00 |

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | | | | |
| b. Have you been declared bankrupt within the past 7 years? | | | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | | | |
| d. Are you a party to a lawsuit? | | | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number if any, and reasons for the action.) | | | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | | | |
| h. Is any part of the down payment borrowed? | | | | |
| i. Are you a co-maker or endorser on a note? | | | | |
| j. Are you a U.S. citizen? | | | | |
| k. Are you a permanent resident alien? | | | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | | | | |
| m. Have you had an ownership interest in a property in the last three years? | | | | |
| (1) What type of property did you own -- principal residence (PR), second home (SH), or investment property (IP)? | | | | |
| (2) How did you hold title to the home -- solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature" as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 8/1/04 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information. | CO-BORROWER | ☐ I do not wish to furnish this information. |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White | Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| Sex: | ☐ Female  ☐ Male | Sex: | ☐ Female  ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | | |
| ☐ Face-to-face interview | Interviewer's Signature             Date | C/O Chase Home Finance LLC |
| ☐ Mail | | 1111 Polaris Parkway |
| ☒ Telephone | Interviewer's Phone Number (incl. area code) | Columbus, OH 43240 |
| ☐ Internet | | |

MULT1003                                   Page 3 of 5

Subj:  **RE: U.S. v. Jong Shin**
Date:  4/5/2016 10:36:26 A.M. Eastern Daylight Time
From:  Diana.Carrig@usdoj.gov
To:    RuthLiebesman@aol.com
CC:    David.Walk@usdoj.gov

Hi Ruth,

I don't have a copy of the URLA signed on the date of closing (8-1-06), but have attached what I believe to be an earlier version of it. As explained in our brief, the lenders/banks typically required the URLA to be signed again at the time of the closings.

Best,
Diana Carrig

*******************************

**Diana Vondra Carrig**
*Assistant U.S. Attorney*
U.S. Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, Fourth Floor
Camden, New Jersey 08101
Tel:  856.968.4927
Fax: 856.968.4917
Cell  862.754.2247
Email:  diana.carrig@usdoj.gov

**From:** RuthLiebesman@aol.com [mailto:RuthLiebesman@aol.com]
**Sent:** Monday, April 04, 2016 3:25 PM
**To:** Carrig, Diana (USANJ)
**Subject:** Re: U.S. v. Jong Shin

Thank you for providing Exhibit 731A. Can you please provide the URLA pertaining to the first mortgage for 148 South Bellevue.

Thank you.
Ruth Liebesman
= = = = = = = = = = = = = = =
Ruth M. Liebesman, Attorney-at-Law
30 Wall Street, 8th Floor
New York, New York 10005
212-804-5740
- - - - - - - - - - -
36 Farview Terrace
Paramus, New Jersey 07652
201-617-7000
201-617-7710 (facsimile)
RuthLiebesman@aol.com
www.RuthLiebesman.com

In a message dated 4/4/2016 11:48:11 A.M. Eastern Daylight Time, Diana.Carrig@usdoj.gov writes:

Hi Ruth,

Attached please find Government Exhibit 731A. It was not admitted into evidence at trial by the Government.

We do not have an Exhibit 321A on our final Exhibit List or contained within the Government's trial exhibits. In naming our exhibits, we distinguished between first and second mortgages by using A's for first mortgage exhibits and B's for second mortgage exhibits. We used that numbering system in naming 321B – the URLA pertaining to the second mortgage for 148 South Bellevue.

Please feel free to call or email if you have any other questions or need any additional materials.

Best,
Diana Carrig

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Diana Vondra Carrig**
*Assistant U.S. Attorney*
U.S. Attorney's Office
U.S. Courthouse and Federal Building
401 Market Street, Fourth Floor
Camden, New Jersey 08101
Tel: 856.968.4927
Fax: 856.968.4917
Cell 862.754.2247
Email: diana.carrig@usdoj.gov

**From:** RuthLiebesman@aol.com [mailto:RuthLiebesman@aol.com]
**Sent:** Monday, April 04, 2016 11:27 AM
**To:** Carrig, Diana (USANJ); Walk, David (USANJ)
**Subject:** U.S. v. Jong Shin

Greetings counsel:

I received your memorandum and most exhibit by ECF, and the mail containing the larger exhibits on disc. Thank you.

I had asked previously about exhibits 321A and 731A, which I have never seen. Can you please provide me with copies of those exhibits.

Thank you.
Ruth

= = = = = = = = = = = = = = =
Ruth M. Liebesman, Attorney-at-Law
30 Wall Street, 8th Floor
New York, New York 10005
212-804-5740

Thursday, April 14, 2016

- - - - - - - - - - -
36 Farview Terrace
Paramus, New Jersey 07652
201-617-7000
201-617-7710 (facsimile)
RuthLiebesman@aol.com
www.RuthLiebesman.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-208 (RMB) |
| | : | |
| v. | : | |
| | : | |
| JONG SHIN and ESTHER ZHU | : | Hon. Renee M. Bumb |

CERTIFICATION OF J.P. MORGAN CHASE (Fraud Investigations Unit)

I, __Darrell Adkins_____, pursuant to 28 U.S.C. § 1746,

hereby certify as follows:

    1.    I submit this certification pursuant to Rules 803(6) and 902(11) of the Federal

Rules of Evidence.

    2.    I am employed by J.P. Morgan Chase.

    3.    I am personally familiar with the record-keeping practices and procedures of J.P.

Morgan Chase. Accordingly, I am a "custodian or other qualified person" as those terms are used

in Rules 803(6) and 902(11).

    4.    The following records have been requested by and supplied to the United States

Attorney's Office:

        a.    documents relating to the transfer of ~~Wilson~~ Avenue in Atlantic
City, New Jersey, on or about November 10, 2006, bates-stamped
133SWilson2JPM1C7 (fraud investigation)_0001 through
133SWilson2JPM1C7 (fraud investigation)_0068;

        b.    documents relating to transfer of 136 S. Bellevue Avenue in Atlantic City,
New Jersey, on or about August 29, 2006, bates-stamped
136SBellevue3JPM1C7 (fraud investigation)_0001 through
136SBellevue3JPM1C7 (fraud investigation)_0070;

c.      documents relating to the transfer of 138 S. Bellevue Avenue in Atlantic
        City, New Jersey, on or about June 30, 2006, bates-stamped
        138SBellevue1JPM1C7 (fraud investigation)_0001 through
        138SBellevue1JPM1C7 (fraud investigation)_0019;

d.      documents relating to the transfer of 150 S. Bellevue Avenue in Atlantic
        City, New Jersey, on or about September 26, 2006 bates-stamped
        150SBellevue3JPM1C7 (fraud investigation)_0001 through
        150SBellevue3JPM1C7 (fraud investigation)_0050;

e.      documents relating to the transfer of various properties contained in the
        folder for 150 S. Bellevue Avenue in Atlantic City, New Jersey bates-
        stamped 150SBellevue3JPM1C7 (other properties)_0001 through
        150SBellevue3JPM1C7 (other properties)_0096;

f.      documents relating to the transfer of 512 Magellan Avenue in Atlantic
        City, New Jersey, on or about December 6, 2006 bates-stamped
        512Magellan2JPM1C7 (fraud investigation)_0001 through
        512Magellan2JPM1C7 (fraud investigation)_0131

g.      documents relating to the transfer of 1929 Blaine Avenue in Atlantic City,
        New Jersey, on or about November 17, 2006 bates-stamped
        1929Blaine2JPM1C7 (fraud investigation)_0001
        through 1929Blaine2JPM1C7 (fraud investigation)_0082;

h.      documents relating to the transfer of 4034 215th Place in Bayside, New
        York, on or about January 11, 2006 bates-stamped
        4034_215th_PlaceJPM1C7 (fraud investigation)_0001 through
        4034_215th_PlaceJPM1C7 (fraud investigation)_0075;

5.      The records attached to this Certification, described more fully in paragraph 4,
are records of J.P. Morgan Chase ("the Records"), and were produced pursuant to the
aforementioned request in this case.

6.      The Records consist of memoranda, reports, records, and data compilations, in
any form, of acts, events, conditions, opinions, or diagnoses, made at or near the time by, or from
information transmitted by, a person with knowledge; the records are kept in the course of J.P.

Morgan Chase's regularly-conducted business activity; and it is the regular practice of the J.P.

Morgan Chase's business activity to make such memoranda, reports, records, and data

compilations. Accordingly, the Records are "Records of regularly conducted activity" as that

term is used in Rule 803(6).

7.      As required by Rule 902(11), I certify that the Records were made at or near the

time of the occurrence of the matters set forth by, or from information transmitted by, a person

with knowledge of those matters.

8.      As required by Rule 902(11), I certify that the Records are kept in the course of

regularly-conducted activity at J.P. Morgan Chase.

9.      As required by Rule 902(11), I certify that the Records were made as regularly

conducted activity as a regular practice of J.P. Morgan Chase.

10.     I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on  8 - 18 , 2011
             August 18th, 2011

[Signature]

Darrell Adkins
[Printed Name]

-3-

and liabilities, and other properties owned, to NJ Lenders when applying for and obtaining the mortgage loan.

        ii.    **The Inflated Appraisal**: On October 17, 2006, Michael Oxley prepared a second appraisal report in preparation for the Straw Purchaser's purchase of this property, stating that the property was worth $550,000. Michael Oxley's second appraisal report increased the value of the property by $258,000 from his first appraisal report for this property 16 days earlier.

        iii.    **The False Uniform Residential Loan Application**: On October 18, 2006, Jong Shin and Esther Zhu prepared and submitted a Uniform Residential Loan Application form to SMB which contained false financial information requesting a $521,500 mortgage for Straw Purchaser Tula Rampersaud to purchase this property for $549,000. The application included numerous false and fraudulent statements, including but not limited to the following:

        (1)    Tula Rampersaud worked as a sales manager for a real estate company in Atlantic City, New Jersey and had a monthly income of $10,720.23. In actuality, Tula Rampersaud worked as an administrator for a health care company and made less than $50,000 per year;

        (2)    Tula Rampersaud intended to occupy the property as her primary residence. In actuality, Tula Rampersaud had no such intent;

        (3)    Tula Rampersaud did not have any ownership interest in other properties during the last three years. In actuality, Tula Rampersaud had purchased two additional Properties in August 2006 which were also part of this scheme; and

        (4)    SMB mortgage broker Esther Zhu had interviewed Tula Rampersaud by telephone to obtain the information contained on the application. In actuality,

Metropolitan Detention Center
Jerry Smith # 61176-052
PO Box 329002
Brooklyn, NY 11232

Judge Renée M. Bumb
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper St.
Camden, New Jersey 08101