UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

JONG SHIN,

        Petitioner

  vs.

UNITED STATES OF AMERICA,

        Respondent

_____

The Honorable Renée M. Bumb

Civ. No. 15-7248 (RMB)

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

        Ruth M. Liebesman, attorney for Petitioner Jong Shin, moves that she be allowed to withdraw as counsel due to a complete break-down in the relationship between attorney and client. Because I would not add to the Reply Memorandum of Law new issues that I considered invalid, as well as inappropriate for a Reply Memorandum, Ms. Shin "fired" me and asked that I withdraw. She removed me from her Corrlinks contacts, so that I cannot contact her by email. I am informed that she will refuse any visit from me.

        Today, I received a copy of Ms. Shin's correspondence with the Court. I will not address her factual statements about my representation of her due to the attorney-client privilege, except to state that they are categorically untrue.

        I request that this Court allow me to withdraw from this representation, and accept for filing Ms. Shin's *pro se* filing.

        I have spoken with Assistant United States Attorney Diana Carrig, Esquire, and she informs me that the Government does not consent to this request.

        Respectfully submitted,

        /s/ *Ruth M. Liebesman*
        Ruth M. Liebesman (RL 5383)
        36 Farview Terrace
        Paramus, New Jersey 07652
        201-617-7000
        201-617-7710 (facsimile)
        201-787-6002 (mobile)