TRULINCS 61174050 - SHIN, JONG - Unit: BRO-E-A

----------------------------------------------------------------------

FROM: 61174050
TO:
SUBJECT: Clerk of the court
DATE: 09/13/2016 07:49:38 PM

RECEIVED
SEP 16 2016
AT 8:30_____M
WILLIAM T. WALSH CLERK

Dear, Clerk of the Court                                    9/13/2016

I, Jong Shin, like to reinstate Attorney, Ruth Liebesman as a my Counsel as of 9/13/2016.

Sincerely,
Jong Shin

Jong Shin #61174-050
MDC Brooklyn
PO BOX 329002
Brooklyn, NY 11232

Metropolitan Detention Center
Jong Shin #61174-050
PO Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
14 SEP 2016 PM 15 L

Clerk of United States
district Court
PO Box 2797
Camden, NJ 08101

RECEIVED
SEP 16 2016
AT 8:30 _____ M
WILLIAM T. WALSH CLERK

08101-279797