**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| JONG SHIN,  :  | |
| Petitioner,  :  | Civil Action No. 15-7248(RMB) |
| v.  :  | **ORDER** |
| UNITED STATES OF AMERICA,  :  | |
| Respondent.  :  | |

This matter is before the Court upon the motion of Ruth M. Liebesman to withdraw from representing Petitioner in this matter due to a complete break-down in the attorney-client relationship. Petitioner has asked counsel to withdraw. Withdrawal can be accomplished here, where the § 2255 motion has been filed, and the Government has answered, without material adverse effect on the interests of Petitioner. See N.J. RPC 1.16(b). For good cause shown,

IT IS THEREFORE on this **29th** day of **September 2016,**

**ORDERED** that Ms. Liebesman's motion to withdraw as Petitioner's counsel (ECF No. 17) is GRANTED; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Petitioner by regular U.S. mail.

s/Renée Marie Bumb
**Renée Marie Bumb**
**United States District Judge**