1:15-CV-7248

TRULINCS 61174050 - SHIN, JONG - Unit: DAN-O-A

-----------------------------------------------------------------------------------

FROM: 61174050
TO:
SUBJECT: Clerk of the court
DATE: 10/08/2016 11:05:39 AM

Dear Clerk of the Court,

10/10/2016 RECEIVED

I, Jong Shin, like to terminate Ruth Liebesman as a my Counsel as of 10/10/2016.

OCT 13 2016

Sincerely,

AT 8:30_____M
WILLIAM T. WALSH CLERK

Jong Shin #61174-050
Federal Corretional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099

Jong Shin

⇔61174-050⇔ Federal correctional Institution WESTCHESTER NY 105
Jong Shin
Register # 61174-050
33 1/2 Pembroke RD
Danbury, CT 06811-3099
United States

11 OCT 2016 PM 1 L

RECEIVED

OCT 13 2016

AT 8:30_____M
WILLIAM T. WALSH CLERK

⇔61174-050⇔
Clerk United States
2797 P.O. BOX 2797
District Court
Camden, NJ 08101
United States

08101-279797